1  ROBERT R. RONNE, ESQ. (SBN 092884)
   LAW OFFICE OF ROBERT R. RONNE, APC
2  840 Apollo Street, Suite 307
   El Segundo, California 90245
3  Telephone: (310) 322-1696
   Facsimile: (310) 322-3039
4  E-mail: rrr55@sbcglobal.net

5  Attorney for Plaintiff Edgardo Seminiano

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11 EDGARDO SEMINIANO,              )   CASE NO:  CV 10-01673-JST (JEMx)
                                   )
12            Plaintiff,           )
                                   )   DECLARATION OF DENNIS W.
13    vs.                          )   RIHN IN SUPPORT OF MOTION
                                   )   FOR SUMMARY JUDGMENT
14 XYRIS ENTERPRISE, INC.;         )   (WITH EXHIBITS ATTACHED)
   ATKINSON CARE HOME;             )
15 MUQUET DADABHOY; AND            )   DATE: JANUARY 3, 2011
   TERESITA CASTANEDA,             )   TIME: 10:00 A.M.
16                                 )   COURTROOM: 10A
              Defendants.          )
17 _____)   JUDGE: HONORABLE JOSEPHINE
                                       STATON TUCKER
18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF DENNIS W. RIHN

I, Dennis W. Rihn, declare as follows:

1.     I am an attorney at law licensed to practice before this Court and all the courts of the State of California and one of Plaintiff's attorneys of record in this action. I have personal knowledge of the matters set forth in this declaration. If called and sworn as a witness, I could and would competently testify to everything in this declaration.

2.     On August 9, 2010, I served defense counsel by mail the requests for admissions attached hereto as Exhibits A through D.

3.     I have never received any response to any of the requests for admission propounded in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Pasadena, California, on November 15, 2010.

DENNIS W. RIHN

---

-2-

Declaration of Dennis W. Rihn in Support of Motion for Summary Judgment

# EXHIBIT A

1    ROBERT R. RONNE, ESQ. (SBN 092884)
     LAW OFFICE OF ROBERT R. RONNE, APC
2    840 Apollo Street, Suite 307
     El Segundo, California 90245
3    Telephone: (310) 322-1696
     Facsimile: (310) 322-3039
4    E-mail: rrr55@sbcglobal.net

5    DENNIS W. RIHN, ESQ. (SBN 126233)
     ATTORNEY AT LAW
6    215 North Marengo Avenue, Suite 376
     Pasadena, CA 91101
7    Telephone: (818) 265-0525
     Facsimile:  (626) 396-1555
8    E-mail: D.Rihn@Att.Net

9

10   Attorneys for Plaintiff Edgardo Seminiano

11

12             UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT OF CALIFORNIA

14

15   EDGARDO SEMINIANO,              )   FILE NO:  CV 10-01673-PSG (JEMx)
                                      )
16              Plaintiff,           )   REQUEST FOR ADMISSIONS
                                      )   (RULE 36, FEDERAL RULES OF
17         vs.                        )   CIVIL PROCEDURE)
                                      )
18   XYRIS ENTERPRISE, INC.;          )   JUDGE: HONORABLE JOSEPHINE
     ATKINSON CARE HOME;              )   STATON TUCKER
19   MUQUET DADABHOY; AND             )
     TERESITA CASTANEDA,              )
20                                    )
                Defendants.           )
21   _____ )

22

23

24

25

26

27

28

-1-
Request for Admissions

1  PROPOUNDING PARTY:      EDGARDO SEMINIANO

2  RESPONDING PARTY:       XYRIS ENTERPRISE, INC.

3  SET NUMBER:             ONE

4       Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff Edgardo

5  Seminiano hereby requests that Defendant Xyris Enterprise, Inc. admit for purposes

6  of this action only that the following matters are true:

7  REQUEST FOR ADMISSION NUMBER 1:

8       Xyris Enterprise, Inc. was a joint employer of Edgardo Seminiano between July

9  29, 2008, and December 2, 2009.

10 REQUEST FOR ADMISSION NUMBER 2:

11      Atkinson Care Home was a joint employer of Edgardo Seminiano between July

12 29, 2008, and December 2, 2009.

13 REQUEST FOR ADMISSION NUMBER 3:

14      Muquet Dadabhoy was a joint employer of Edgardo Seminiano between July

15 29, 2008, and December 2, 2009.

16 REQUEST FOR ADMISSION NUMBER 4:

17      Teresita Castaneda was a joint employer of Edgardo Seminiano between July

18 29, 2008, and December 2, 2009.

19 REQUEST FOR ADMISSION NUMBER 5:

20      Between July 29, 2008, and December 2, 2009, Plaintiff worked as a caregiver

21 at Atkinson Care Home.

22 REQUEST FOR ADMISSION NUMBER 6:

23      Between July 29, 2008, and December 2, 2009, Atkinson Care Home was a

24 licensed residential care facility for the elderly located at 17035 Atkinson Avenue,

25 Torrance, CA 90504.

26 REQUEST FOR ADMISSION NUMBER 7:

27      Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy

28 and Teresita Castaneda were the licensees of the Atkinson Care Home.

1  REQUEST FOR ADMISSION NUMBER 8:

2      Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy

3  and Teresita Castaneda jointly operated Atkinson Care Home as partners.

4  REQUEST FOR ADMISSION NUMBER 9:

5      Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy

6  and Teresita Castaneda were required to operate Atkinson Care Home 24 hours per

7  day, 7 days per week.

8  REQUEST FOR ADMISSION NUMBER 10:

9      Between July 29, 2008, and December 2, 2009, Plaintiff Edgardo Seminiano

10  was required by Defendants Muquet Dadabhoy and Teresita Castaneda to request

11  permission to leave Atkinson Care Home.

12  REQUEST FOR ADMISSION NUMBER 11:

13      Plaintiff Edgardo Seminiano was never unconditionally allowed to leave

14  Atkinson Care Home more than 57 hours in any week between July 29, 2008, and

15  December 2, 2009.

16  REQUEST FOR ADMISSION NUMBER 12:

17      Plaintiff's hours worked each week between July 29, 2008, and December 2,

18  2009, were 111 or more.

19  REQUEST FOR ADMISSION NUMBER 13:

20      Edgardo Seminiano did not have private living quarters while working at

21  Atkinson Care Home.

22  REQUEST FOR ADMISSION NUMBER 14:

23      Between July 29, 2008, and December 2, 2009, Edgardo Seminiano slept on a

24  couch at Atkinson Care Home.

25  REQUEST FOR ADMISSION NUMBER 15:

26      Xyris Enterprise, Inc. owes Edgardo Seminiano $53,649.18 in unpaid minimum

27  wage and overtime compensation under the Fair Labor Standards Act.

28

1  REQUEST FOR ADMISSION NUMBER 16:

2      Xyris Enterprise, Inc. owes Edgardo Seminiano $53,649.18 in liquidated

3  damages under the Fair Labor Standards Act.

4  REQUEST FOR ADMISSION NUMBER 17:

5      Xyris Enterprise, Inc. owes Edgardo Seminiano $121,855.42 in unpaid

6  overtime compensation under California law.

7  REQUEST FOR ADMISSION NUMBER 18:

8      Xyris Enterprise, Inc. owes Edgardo Seminiano $4,749.36 in compensation for

9  meal periods not received pursuant to California Labor Code Section 226.7.

10  REQUEST FOR ADMISSION NUMBER 19:

11      Xyris Enterprise, Inc. owes Edgardo Seminiano $2,467.20 for continuing

12  wages pursuant to California Labor Code Section 203.

13  REQUEST FOR ADMISSION NUMBER 20:

14      Xyris Enterprise, Inc. owes Edgardo Seminiano $4000.00 for failure to comply

15  with California Labor Code Section 226.

16

17  Date: August 9, 2010                    LAW OFFICES OF DENNIS W. RIHN

18

19                              By: _____

20                                  DENNIS W. RIHN, ATTORNEY FOR
                                    PLAINTIFF EDGARDO SEMINIANO
21

22

23

24

25

26

27

28

-4-
Request for Admissions

1

**PROOF OF SERVICE BY MAIL**

2    I, the undersigned, am a citizen of the United States, a resident of the County of
Los Angeles, State of California, over the age of eighteen years, and not a party to the
3    within action.

4    My business addresses is Dennis Rihn, Attorney at Law, 215 North Marengo
Avenue, Suite 376, Pasadena, CA 91101.

5

On August 9, 2010, at Pasadena, California, I served the within REQUEST
6    FOR ADMISSIONS (RULE 36, FEDERAL RULES OF CIVIL PROCEDURE)
upon the parties interested in the action by placing for collection and mailing a true
7    copy of the document, enclosed in a sealed envelope, postage fully prepaid, addressed
as follows:

8

Amy Ghosh, Esq.
9    Law Offices of Amy Ghosh
3255 Wilshire Boulevard
10   Suite 1530
Los Angeles, CA 90010
11

12   I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.
13

14   Executed on August 9, 2010, at Pasadena, California.

15

16   DENNIS W. RIHN

17

18

19

20

21

22

23

24

25

26

27

28

-5-
Request for Admissions

# EXHIBIT B

1  ROBERT R. RONNE, ESQ. (SBN 092884)
   LAW OFFICE OF ROBERT R. RONNE, APC
2  840 Apollo Street, Suite 307
   El Segundo, California 90245
3  Telephone: (310) 322-1696
   Facsimile: (310) 322-3039
4  E-mail: rrr55@sbcglobal.net

5  DENNIS W. RIHN, ESQ. (SBN 126233)
   ATTORNEY AT LAW
6  215 North Marengo Avenue, Suite 376
   Pasadena, CA 91101
7  Telephone: (818) 265-0525
   Facsimile:  (626) 396-1555
8  E-mail: D.Rihn@Att.Net

9

10  Attorneys for Plaintiff Edgardo Seminiano

11

12              UNITED STATES DISTRICT COURT

13             CENTRAL DISTRICT OF CALIFORNIA

14

15  EDGARDO SEMINIANO,              )   FILE NO:  CV 10-01673-PSG (JEMx)
                                    )
16              Plaintiff,          )   REQUEST FOR ADMISSIONS
                                    )   (RULE 36, FEDERAL RULES OF
17       vs.                        )   CIVIL PROCEDURE)
                                    )
18  XYRIS ENTERPRISE, INC.;         )   JUDGE: HONORABLE JOSEPHINE
    ATKINSON CARE HOME;             )   STATON TUCKER
19  MUQUET DADABHOY; AND            )
    TERESITA CASTANEDA,             )
20                                  )
                Defendants.         )
21  _____  )

22

23

24

25

26

27

28

                              -1-
                      Request for Admissions

1  PROPOUNDING PARTY:      EDGARDO SEMINIANO

2  RESPONDING PARTY:      ATKINSON CARE HOME

3  SET NUMBER:      ONE

4      Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff Edgardo

5  Seminiano hereby requests that Defendant Atkinson Care Home admit for purposes of

6  this action only that the following matters are true:

7  REQUEST FOR ADMISSION NUMBER 1:

8      Xyris Enterprise, Inc. was a joint employer of Edgardo Seminiano between July

9  29, 2008, and December 2, 2009.

10  REQUEST FOR ADMISSION NUMBER 2:

11      Atkinson Care Home was a joint employer of Edgardo Seminiano between July

12  29, 2008, and December 2, 2009.

13  REQUEST FOR ADMISSION NUMBER 3:

14      Muquet Dadabhoy was a joint employer of Edgardo Seminiano between July

15  29, 2008, and December 2, 2009.

16  REQUEST FOR ADMISSION NUMBER 4:

17      Teresita Castaneda was a joint employer of Edgardo Seminiano between July

18  29, 2008, and December 2, 2009.

19  REQUEST FOR ADMISSION NUMBER 5:

20      Between July 29, 2008, and December 2, 2009, Plaintiff worked as a caregiver

21  at Atkinson Care Home.

22  REQUEST FOR ADMISSION NUMBER 6:

23      Between July 29, 2008, and December 2, 2009, Atkinson Care Home was a

24  licensed residential care facility for the elderly located at 17035 Atkinson Avenue,

25  Torrance, CA 90504.

26  REQUEST FOR ADMISSION NUMBER 7:

27      Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy

28  and Teresita Castaneda were the licensees of the Atkinson Care Home.

REQUEST FOR ADMISSION NUMBER 8:

Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy and Teresita Castaneda jointly operated Atkinson Care Home as partners.

REQUEST FOR ADMISSION NUMBER 9:

Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy and Teresita Castaneda were required to operate Atkinson Care Home 24 hours per day, 7 days per week.

REQUEST FOR ADMISSION NUMBER 10:

Between July 29, 2008, and December 2, 2009, Plaintiff Edgardo Seminiano was required by Defendants Muquet Dadabhoy and Teresita Castaneda to request permission to leave Atkinson Care Home.

REQUEST FOR ADMISSION NUMBER 11:

Plaintiff Edgardo Seminiano was never unconditionally allowed to leave Atkinson Care Home more than 57 hours in any week between July 29, 2008, and December 2, 2009.

REQUEST FOR ADMISSION NUMBER 12:

Plaintiff's hours worked each week between July 29, 2008, and December 2, 2009, were 111 or more.

REQUEST FOR ADMISSION NUMBER 13:

Edgardo Seminiano did not have private living quarters while working at Atkinson Care Home.

REQUEST FOR ADMISSION NUMBER 14:

Between July 29, 2008, and December 2, 2009, Edgardo Seminiano slept on a couch at Atkinson Care Home.

REQUEST FOR ADMISSION NUMBER 15:

Atkinson Care Home owes Edgardo Seminiano $53,649.18 in unpaid minimum wage and overtime compensation under the Fair Labor Standards Act.

1   REQUEST FOR ADMISSION NUMBER 16:

2       Atkinson Care Home owes Edgardo Seminiano $53,649.18 in liquidated

3   damages under the Fair Labor Standards Act.

4   REQUEST FOR ADMISSION NUMBER 17:

5       Atkinson Care Home owes Edgardo Seminiano $121,855.42 in unpaid

6   overtime compensation under California law.

7   REQUEST FOR ADMISSION NUMBER 18:

8       Atkinson Care Home owes Edgardo Seminiano $4,749.36 in compensation for

9   meal periods not received pursuant to California Labor Code Section 226.7.

10   REQUEST FOR ADMISSION NUMBER 19:

11       Atkinson Care Home owes Edgardo Seminiano $2,467.20 for continuing wages

12   pursuant to California Labor Code Section 203.

13   REQUEST FOR ADMISSION NUMBER 20:

14       Atkinson Care Home owes Edgardo Seminiano $4000.00 for failure to comply

15   with California Labor Code Section 226.

16

17   Date: August 9, 2010             LAW OFFICES OF DENNIS W. RIHN

18

19                     By: _____

20                     DENNIS W. RIHN, ATTORNEY FOR

21                     PLAINTIFF EDGARDO SEMINIANO

22

23

24

25

26

27

28

**PROOF OF SERVICE BY MAIL**

I, the undersigned, am a citizen of the United States, a resident of the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action.

My business addresses is Dennis Rihn, Attorney at Law, 215 North Marengo Avenue, Suite 376, Pasadena, CA 91101.

On August 9, 2010, at Pasadena, California, I served the within REQUEST FOR ADMISSIONS (RULE 36, FEDERAL RULES OF CIVIL PROCEDURE) upon the parties interested in the action by placing for collection and mailing a true copy of the document, enclosed in a sealed envelope, postage fully prepaid, addressed as follows:

Amy Ghosh, Esq.
Law Offices of Amy Ghosh
3255 Wilshire Boulevard
Suite 1530
Los Angeles, CA 90010

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 9, 2010, at Pasadena, California.

DENNIS W. RIHN

Request for Admissions

# EXHIBIT C

1    ROBERT R. RONNE, ESQ. (SBN 092884)
     LAW OFFICE OF ROBERT R. RONNE, APC
2    840 Apollo Street, Suite 307
     El Segundo, California 90245
3    Telephone: (310) 322-1696
     Facsimile: (310) 322-3039
4    E-mail: rrr55@sbcglobal.net

5    DENNIS W. RIHN, ESQ. (SBN 126233)
     ATTORNEY AT LAW
6    215 North Marengo Avenue, Suite 376
     Pasadena, CA 91101
7    Telephone: (818) 265-0525
     Facsimile: (626) 396-1555
8    E-mail: D.Rihn@Att.Net

9

10    Attorneys for Plaintiff Edgardo Seminiano

11

12                UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14

15    EDGARDO SEMINIANO,       )    FILE NO: CV 10-01673-PSG (JEMx)
                                 )
16             Plaintiff,      )    REQUEST FOR ADMISSIONS
                                 )    (RULE 36, FEDERAL RULES OF
17      vs.                      )    CIVIL PROCEDURE)
                                 )
18    XYRIS ENTERPRISE, INC.;      )    JUDGE: HONORABLE JOSEPHINE
     ATKINSON CARE HOME;       )    STATON TUCKER
19    MUQUET DADABHOY; AND     )
     TERESITA CASTANEDA,       )
20                                    )
            Defendants.     )
21                                    )

22

23

24

25

26

27

28

                               -1-

1   PROPOUNDING PARTY:        EDGARDO SEMINIANO

2   RESPONDING PARTY:         MUQUET DADABHOY

3   SET NUMBER:               ONE

4          Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff Edgardo

5   Seminiano hereby requests that Defendant Muquet Dadabhoy admit for purposes of

6   this action only that the following matters are true:

7   REQUEST FOR ADMISSION NUMBER 1:

8          Xyris Enterprise, Inc. was a joint employer of Edgardo Seminiano between July

9   29, 2008, and December 2, 2009.

10  REQUEST FOR ADMISSION NUMBER 2:

11         Atkinson Care Home was a joint employer of Edgardo Seminiano between July

12  29, 2008, and December 2, 2009.

13  REQUEST FOR ADMISSION NUMBER 3:

14         Muquet Dadabhoy was a joint employer of Edgardo Seminiano between July

15  29, 2008, and December 2, 2009.

16  REQUEST FOR ADMISSION NUMBER 4:

17         Teresita Castaneda was a joint employer of Edgardo Seminiano between July

18  29, 2008, and December 2, 2009.

19  REQUEST FOR ADMISSION NUMBER 5:

20         Between July 29, 2008, and December 2, 2009, Plaintiff worked as a caregiver

21  at Atkinson Care Home.

22  REQUEST FOR ADMISSION NUMBER 6:

23         Between July 29, 2008, and December 2, 2009, Atkinson Care Home was a

24  licensed residential care facility for the elderly located at 17035 Atkinson Avenue,

25  Torrance, CA 90504.

26  REQUEST FOR ADMISSION NUMBER 7:

27         Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy

28  and Teresita Castaneda were the licensees of the Atkinson Care Home.

-2-

Request for Admissions

REQUEST FOR ADMISSION NUMBER 8:

Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy and Teresita Castaneda jointly operated Atkinson Care Home as partners.

REQUEST FOR ADMISSION NUMBER 9:

Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy and Teresita Castaneda were required to operate Atkinson Care Home 24 hours per day, 7 days per week.

REQUEST FOR ADMISSION NUMBER 10:

Between July 29, 2008, and December 2, 2009, Plaintiff Edgardo Seminiano was required by Defendants Muquet Dadabhoy and Teresita Castaneda to request permission to leave Atkinson Care Home.

REQUEST FOR ADMISSION NUMBER 11:

Plaintiff Edgardo Seminiano was never unconditionally allowed to leave Atkinson Care Home more than 57 hours in any week between July 29, 2008, and December 2, 2009.

REQUEST FOR ADMISSION NUMBER 12:

Plaintiff's hours worked each week between July 29, 2008, and December 2, 2009, were 111 or more.

REQUEST FOR ADMISSION NUMBER 13:

Edgardo Seminiano did not have private living quarters while working at Atkinson Care Home.

REQUEST FOR ADMISSION NUMBER 14:

Between July 29, 2008, and December 2, 2009, Edgardo Seminiano slept on a couch at Atkinson Care Home.

REQUEST FOR ADMISSION NUMBER 15:

Muquet Dadabhoy owes Edgardo Seminiano $53,649.18 in unpaid minimum wage and overtime compensation under the Fair Labor Standards Act.

REQUEST FOR ADMISSION NUMBER 16:

Muquet Dadabhoy owes Edgardo Seminiano $53,649.18 in liquidated damages under the Fair Labor Standards Act.

REQUEST FOR ADMISSION NUMBER 17:

Muquet Dadabhoy owes Edgardo Seminiano $121,855.42 in unpaid overtime compensation under California law.

REQUEST FOR ADMISSION NUMBER 18:

Muquet Dadabhoy owes Edgardo Seminiano $4,749.36 in compensation for meal periods not received pursuant to California Labor Code Section 226.7.

REQUEST FOR ADMISSION NUMBER 19:

Muquet Dadabhoy owes Edgardo Seminiano $2,467.20 for continuing wages pursuant to California Labor Code Section 203.

REQUEST FOR ADMISSION NUMBER 20:

Muquet Dadabhoy owes Edgardo Seminiano $4000.00 for failure to comply with California Labor Code Section 226.


Date: August 9, 2010                      LAW OFFICES OF DENNIS W. RIHN

                                          By: _____

                                          DENNIS W. RIHN, ATTORNEY FOR
                                          PLAINTIFF EDGARDO SEMINIANO

# PROOF OF SERVICE BY MAIL

I, the undersigned, am a citizen of the United States, a resident of the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action.

My business addresses is Dennis Rihn, Attorney at Law, 215 North Marengo Avenue, Suite 376, Pasadena, CA 91101.

On August 9, 2010, at Pasadena, California, I served the within REQUEST FOR ADMISSIONS (RULE 36, FEDERAL RULES OF CIVIL PROCEDURE) upon the parties interested in the action by placing for collection and mailing a true copy of the document, enclosed in a sealed envelope, postage fully prepaid, addressed as follows:

Amy Ghosh, Esq.
Law Offices of Amy Ghosh
3255 Wilshire Boulevard
Suite 1530
Los Angeles, CA 90010

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 9, 2010, at Pasadena, California.

DENNIS W. RIHN

-5-

Request for Admissions

# EXHIBIT D

1    ROBERT R. RONNE, ESQ. (SBN 092884)
      LAW OFFICE OF ROBERT R. RONNE, APC
2    840 Apollo Street, Suite 307
      El Segundo, California 90245
3    Telephone: (310) 322-1696
      Facsimile: (310) 322-3039
4    E-mail: rrr55@sbcglobal.net

5    DENNIS W. RIHN, ESQ. (SBN 126233)
      ATTORNEY AT LAW
6    215 North Marengo Avenue, Suite 376
      Pasadena, CA 91101
7    Telephone: (818) 265-0525
      Facsimile: (626) 396-1555
8    E-mail: D.Rihn@Att.Net

9

10    Attorneys for Plaintiff Edgardo Seminiano

11

12                UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15   EDGARDO SEMINIANO, | FILE NO: CV 10-01673-PSG (JEMx) |
| 16           Plaintiff, | REQUEST FOR ADMISSIONS |
| 17    vs. | (RULE 36, FEDERAL RULES OF CIVIL PROCEDURE) |
| 18   XYRIS ENTERPRISE, INC.; ATKINSON CARE HOME; | JUDGE: HONORABLE JOSEPHINE STATON TUCKER |
| 19   MUQUET DADABHOY; AND TERESITA CASTANEDA, | |
| 20 | |
| 21          Defendants. | |

22

23

24

25

26

27

28

-1-
Request for Admissions

| PROPOUNDING PARTY: | EDGARDO SEMINIANO |
|---|---|
| RESPONDING PARTY: | TERESITA CASTANEDA |
| SET NUMBER: | ONE |

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff Edgardo Seminiano hereby requests that Defendant Teresita Castaneda admit for purposes of this action only that the following matters are true:

REQUEST FOR ADMISSION NUMBER 1:

Xyris Enterprise, Inc. was a joint employer of Edgardo Seminiano between July 29, 2008, and December 2, 2009.

REQUEST FOR ADMISSION NUMBER 2:

Atkinson Care Home was a joint employer of Edgardo Seminiano between July 29, 2008, and December 2, 2009.

REQUEST FOR ADMISSION NUMBER 3:

Muquet Dadabhoy was a joint employer of Edgardo Seminiano between July 29, 2008, and December 2, 2009.

REQUEST FOR ADMISSION NUMBER 4:

Teresita Castaneda was a joint employer of Edgardo Seminiano between July 29, 2008, and December 2, 2009.

REQUEST FOR ADMISSION NUMBER 5:

Between July 29, 2008, and December 2, 2009, Plaintiff worked as a caregiver at Atkinson Care Home.

REQUEST FOR ADMISSION NUMBER 6:

Between July 29, 2008, and December 2, 2009, Atkinson Care Home was a licensed residential care facility for the elderly located at 17035 Atkinson Avenue, Torrance, CA 90504.

REQUEST FOR ADMISSION NUMBER 7:

Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy and Teresita Castaneda were the licensees of the Atkinson Care Home.

1 REQUEST FOR ADMISSION NUMBER 8:

2 Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy

3 and Teresita Castaneda jointly operated Atkinson Care Home as partners.

4 REQUEST FOR ADMISSION NUMBER 9:

5 Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy

6 and Teresita Castaneda were required to operate Atkinson Care Home 24 hours per

7 day, 7 days per week.

8 REQUEST FOR ADMISSION NUMBER 10:

9 Between July 29, 2008, and December 2, 2009, Plaintiff Edgardo Seminiano

10 was required by Defendants Muquet Dadabhoy and Teresita Castaneda to request

11 permission to leave Atkinson Care Home.

12 REQUEST FOR ADMISSION NUMBER 11:

13 Plaintiff Edgardo Seminiano was never unconditionally allowed to leave

14 Atkinson Care Home more than 57 hours in any week between July 29, 2008, and

15 December 2, 2009.

16 REQUEST FOR ADMISSION NUMBER 12:

17 Plaintiff's hours worked each week between July 29, 2008, and December 2,

18 2009, were 111 or more.

19 REQUEST FOR ADMISSION NUMBER 13:

20 Edgardo Seminiano did not have private living quarters while working at

21 Atkinson Care Home.

22 REQUEST FOR ADMISSION NUMBER 14:

23 Between July 29, 2008, and December 2, 2009, Edgardo Seminiano slept on a

24 couch at Atkinson Care Home.

25 REQUEST FOR ADMISSION NUMBER 15:

26 Teresita Castaneda owes Edgardo Seminiano $53,649.18 in unpaid minimum

27 wage and overtime compensation under the Fair Labor Standards Act.

28

-3-

Request for Admissions

1  REQUEST FOR ADMISSION NUMBER 16:

2       Teresita Castaneda owes Edgardo Seminiano $53,649.18 in liquidated damages

3  under the Fair Labor Standards Act.

4  REQUEST FOR ADMISSION NUMBER 17:

5       Teresita Castaneda owes Edgardo Seminiano $121,855.42 in unpaid overtime

6  compensation under California law.

7  REQUEST FOR ADMISSION NUMBER 18:

8       Teresita Castaneda owes Edgardo Seminiano $4,749.36 in compensation for

9  meal periods not received pursuant to California Labor Code Section 226.7.

10  REQUEST FOR ADMISSION NUMBER 19:

11       Teresita Castaneda owes Edgardo Seminiano $2,467.20 for continuing wages

12  pursuant to California Labor Code Section 203.

13  REQUEST FOR ADMISSION NUMBER 20:

14       Teresita Castaneda owes Edgardo Seminiano $4000.00 for failure to comply

15  with California Labor Code Section 226.

16

17  Date: August 9, 2010                    LAW OFFICES OF DENNIS W. RIHN

18

19                              By:  _____

20                                   DENNIS W. RIHN, ATTORNEY FOR
                                     PLAINTIFF EDGARDO SEMINIANO
21

22

23

24

25

26

27

28

-4-

Request for Admissions

1

**PROOF OF SERVICE BY MAIL**

2       I, the undersigned, am a citizen of the United States, a resident of the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the

3   within action.

4       My business addresses is Dennis Rihn, Attorney at Law, 215 North Marengo Avenue, Suite 376, Pasadena, CA 91101.

5

    On August 9, 2010, at Pasadena, California, I served the within REQUEST

6   FOR ADMISSIONS (RULE 36, FEDERAL RULES OF CIVIL PROCEDURE) upon the parties interested in the action by placing for collection and mailing a true

7   copy of the document, enclosed in a sealed envelope, postage fully prepaid, addressed as follows:

8

Amy Ghosh, Esq.

9   Law Offices of Amy Ghosh
3255 Wilshire Boulevard

10  Suite 1530
Los Angeles, CA 90010

11

12      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

13

14      Executed on August 9, 2010, at Pasadena, California.

15

16  DENNIS W. RIHN

17

18

19

20

21

22

23

24

25

26

27

28

-5-

Request for Admissions