ROBERT R. RONNE, ESQ. (SBN 092884)
LAW OFFICE OF ROBERT R. RONNE, APC
840 Apollo Street, Suite 307
El Segundo, California 90245
Telephone: (310) 322-1696
Facsimile: (310) 322-3039
E-mail: rrr55_@sbcglobal.net

Attorney for Plaintiff Edgardo Seminiano

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO SEMINIANO,<br><br>                Plaintiff,<br><br>  vs.<br><br>XYRIS ENTERPRISE, INC;<br>ATKINSON CARE HOME;<br>MUQUET DADABHOY; TERESITA<br>CASTANEDA,<br><br>                Defendants. | CASE NO. **CV10-1673-JST(JEMx)**<br><br>NOTICE OF LODGING<br><br>DATE : JANUARY 3, 2011<br>TIME : 10:00 A.M.<br>COURTROOM : 10A<br><br>JUDGE : HONORABLE JOSEPHINE STATON TUCKER |

**TO DEFENDANTS, AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Edgardo Seminiano has lodged the following documents with the Court this day:

1) [Proposed] Summary Judgment;

2) [Proposed] Statement of Uncontroverted Facts and Conclusions of Law.

The Proposed Summary Judgment and Proposed Statement of Uncontroverted Facts and Conclusions of Law are attached hereto.

Dated: November 17, 2010  Respectfully Submitted:

**LAW OFFICES OF ROBERT R. RONNE, APC**

_____
BY: ROBERT R. RONNE,
     Attorney for Plaintiff
     Edgardo Seminiano