ROBERT R. RONNE, ESQ. (SBN 092884)
LAW OFFICE OF ROBERT R. RONNE, APC
840 Apollo Street, Suite 307
El Segundo, California 90245
Telephone: (310) 322-1696
Facsimile: (310) 322-3039
E-mail: rrr55@sbcglobal.net

Attorney for Plaintiff Edgardo Seminiano

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO SEMINIANO, | CASE NO: CV 10-01673- JST (JEMx) |
| Plaintiff, | [PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW |
| vs. | |
| XYRIS ENTERPRISE, INC.; ATKINSON CARE HOME; MUQUET DADABHOY; AND TERESITA CASTANEDA, | DATE: JANUARY 3, 2011<br>TIME: 10:00 A.M.<br>COURTROOM: 10A |
| Defendants. | JUDGE: HONORABLE JOSEPHINE STATON TUCKER |

Plaintiff hereby respectfully submits this statement of uncontroverted facts and conclusions of law in support of his motion for summary judgment:

## I. UNCONTROVERTED FACTS

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 1. Xyris Enterprise, Inc. was a joint employer of Edgardo Seminiano between July 29, 2008, and December 2, 2009. | Request for admission 1 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Request for admission 1 propounded to Atkinson Care Home (Exhibit B); Request for admission number 1 propounded to Muquet Dadabhoy (Exhibit C); Request for admission number 1 propounded to Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 2. Atkinson Care Home was a joint employer of Edgardo Seminiano between July 29, 2008, and December 2, 2009. | Request for admission 2 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Request for admission 2 propounded to Atkinson Care Home (Exhibit B); Request for admission number 2 propounded to Muquet Dadabhoy (Exhibit C); Request for admission number 2 propounded to Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |

| | |
|---|---|
| 3. Muquet Dadabhoy was a joint employer of Edgardo Seminiano between July 29, 2008, and December 2, 2009. | Request for admission 3 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Request for admission 3 propounded to Atkinson Care Home (Exhibit B); Request for admission number 3 propounded to Muquet Dadabhoy (Exhibit C); Request for admission number 3 propounded to Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 4. Teresita Castaneda was a joint employer of Edgardo Seminiano between July 29, 2008, and December 2, 2009. | Request for admission 4 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Request for admission 4 propounded to Atkinson Care Home (Exhibit B); Request for admission number 4 propounded to Muquet Dadabhoy (Exhibit C); Request for admission number 4 propounded to Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |

| | |
|---|---|
| 5. Between July 29, 2008, and December 2, 2009, Plaintiff worked as a caregiver at Atkinson Care Home. | Request for admission 5 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Request for admission 5 propounded to Atkinson Care Home (Exhibit B); Request for admission number 5 propounded to Muquet Dadabhoy (Exhibit C); Request for admission number 5 propounded to Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 6. Between July 29, 2008, and December 2, 2009, Atkinson Care Home was a licensed residential care facility for the elderly located at 17035 Atkinson Avenue, Torrance, CA 90504. | Request for admission 6 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Request for admission 6 propounded to Atkinson Care Home (Exhibit B); Request for admission number 6 propounded to Muquet Dadabhoy (Exhibit C); Request for admission number 6 propounded to Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |

-4-
Proposed Statement of Uncontroverted Facts CV 10-01673- JST (JEMx)

| | |
|---|---|
| 7. Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy and Teresita Castaneda were the licensees of the Atkinson Care Home. | Request for admission 7 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Request for admission 7 propounded to Atkinson Care Home (Exhibit B); Request for admission number 7 propounded to Muquet Dadabhoy (Exhibit C); Request for admission number 7 propounded to Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 8. Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy and Teresita Castaneda jointly operated Atkinson Care Home as partners. | Request for admission 8 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Request for admission 8 propounded to Atkinson Care Home (Exhibit B); Request for admission number 8 propounded to Muquet Dadabhoy (Exhibit C); Request for admission number 8 propounded to Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |

| | |
|---|---|
| 9. Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy and Teresita Castaneda were required to operate Atkinson Care Home 24 hours per day, 7 days per week. | Request for admission 9 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Request for admission 9 propounded to Atkinson Care Home (Exhibit B); Request for admission number 9 propounded to Muquet Dadabhoy (Exhibit C); Request for admission number 9 propounded to Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 10. Between July 29, 2008, and December 2, 2009, Plaintiff Edgardo Seminiano was required by Defendants Muquet Dadabhoy and Teresita Castaneda to request permission to leave Atkinson Care Home. | Request for admission 10 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Request for admission 10 propounded to Atkinson Care Home (Exhibit B); Request for admission number 10 propounded to Muquet Dadabhoy (Exhibit C); Request for admission number 10 propounded to Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |

| | |
|---|---|
| 11. Plaintiff Edgardo Seminiano was never unconditionally allowed to leave Atkinson Care Home more than 57 hours in any week between July 29, 2008, and December 2, 2009. | Request for admission 11 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Request for admission 11 propounded to Atkinson Care Home (Exhibit B); Request for admission number 11 propounded to Muquet Dadabhoy (Exhibit C); Request for admission number 11 propounded to Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 12. Plaintiff's hours worked each week between July 29, 2008, and December 2, 2009, were 111 or more. | Request for admission 12 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Request for admission 12 propounded to Atkinson Care Home (Exhibit B); Request for admission number 12 propounded to Muquet Dadabhoy (Exhibit C); Request for admission number 12 propounded to Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |

| | |
|---|---|
| 13. Edgardo Seminiano did not have private living quarters while working at Atkinson Care Home. | Request for admission 13 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Request for admission 13 propounded to Atkinson Care Home (Exhibit B); Request for admission number 13 propounded to Muquet Dadabhoy (Exhibit C); Request for admission number 13 propounded to Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 14. Between July 29, 2008, and December 2, 2009, Edgardo Seminiano slept on a couch at Atkinson Care Home. | Request for admission 14 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Request for admission 14 propounded to Atkinson Care Home (Exhibit B); Request for admission number 14 propounded to Muquet Dadabhoy (Exhibit C); Request for admission number 14 propounded to Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 15. Xyris Enterprise, Inc. owes Edgardo Seminiano $53,649.18 in unpaid minimum wage and overtime compensation under the Fair Labor Standards Act. | Request for admission 15 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Declaration of Dennis W. Rihn, paragraphs 2-3. |

| | |
|---|---|
| 16. Atkinson Care Home owes Edgardo Seminiano $53,649.18 in unpaid minimum wage and overtime compensation under the Fair Labor Standards Act. | Request for admission 15 propounded to Defendant Atkinson Care Home (Exhibit B); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 17. Muquet Dadabhoy owes Edgardo Seminiano $53,649.18 in unpaid minimum wage and overtime compensation under the Fair Labor Standards Act. | Request for admission 15 propounded to Defendant Muquet Dadabhoy (Exhibit C); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 18. Teresita Castaneda owes Edgardo Seminiano $53,649.18 in unpaid minimum wage and overtime compensation under the Fair Labor Standards Act. | Request for admission number 15 propounded to Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 19. Xyris Enterprise, Inc. owes Edgardo Seminiano $53,649.18 in liquidated damages under the Fair Labor Standards Act. | Request for admission 16 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 20. Atkinson Care Home owes Edgardo Seminiano $53,649.18 in liquidated damages under the Fair Labor Standards Act. | Request for admission 16 propounded to Atkinson Care Home (Exhibit B); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 21. Muquet Dadabhoy owes Edgardo Seminiano $53,649.18 in liquidated damages under the Fair Labor Standards Act. | Request for admission 16 propounded to Defendant Muquet Dadabhoy (Exhibit C); Declaration of Dennis W. Rihn, paragraphs 2-3. |

-9-
Proposed Statement of Uncontroverted Facts CV 10-01673- JST (JEMx)

| | |
|---|---|
| 22. Teresita Castaneda owes Edgardo Seminiano $53,649.18 in liquidated damages under the Fair Labor Standards Act. | Request for admission 16 propounded to Defendant Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 23. Xyris Enterprise, Inc. owes Edgardo Seminiano $121,855.42 in unpaid overtime compensation under California law. | Request for admission 17 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 24. Atkinson Care Home owes Edgardo Seminiano $121,855.42 in unpaid overtime compensation under California law. | Request for admission 17 propounded to Atkinson Care Home (Exhibit B); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 25. Muquet Dadabhoy owes Edgardo Seminiano $121,855.42 in unpaid overtime compensation under California law. | Request for admission 17 propounded to Defendant Muquet Dadabhoy (Exhibit C); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 26. Teresita Castaneda owes Edgardo Seminiano $121,855.42 in unpaid overtime compensation under California law. | Request for admission 17 propounded to Defendant Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 27. Xyris Enterprise, Inc. owes Edgardo Seminiano $4,749.36 in compensation for meal periods not received pursuant to California Labor Code Section 226.7. | Request for admission 18 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 28. Atkinson Care Home owes Edgardo Seminiano $4,749.36 in compensation for meal periods not received pursuant to California Labor Code Section 226.7. | Request for admission 18 propounded to Atkinson Care Home (Exhibit B); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 29. Muquet Dadabhoy owes Edgardo | Request for admission 18 propounded to |

| | |
|---|---|
| Seminiano $4,749.36 in compensation for meal periods not received pursuant to California Labor Code Section 226.7. | Defendant Muquet Dadabhoy (Exhibit C); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 30. Teresita Castaneda owes Edgardo Seminiano $4,749.36 in compensation for meal periods not received pursuant to California Labor Code Section 226.7. | Request for admission 18 propounded to Defendant Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 31. Xyris Enterprise, Inc. owes Edgardo Seminiano $2,467.20 for continuing wages pursuant to California Labor Code Section 203. | Request for admission 19 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 32. Atkinson Care Home owes Edgardo Seminiano $2,467.20 for continuing wages pursuant to California Labor Code Section 203. | Request for admission 19 propounded to Atkinson Care Home (Exhibit B); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 33. Muquet Dadabhoy owes Edgardo Seminiano $2,467.20 for continuing wages pursuant to California Labor Code Section 203. | Request for admission 19 propounded to Defendant Muquet Dadabhoy (Exhibit C); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 34. Teresita Castaneda owes Edgardo Seminiano $2,467.20 for continuing wages pursuant to California Labor Code Section 203. | Request for admission 19 propounded to Defendant Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 35. Xyris Enterprise, Inc. owes Edgardo Seminiano $4000.00 for failure to comply with California Labor Code Section 226. | Request for admission 20 propounded to Defendant Xyris Enterprise, Inc. (Exhibit A); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 36. Atkinson Care Home owes Edgardo | Request for admission 20 propounded to |

| | |
|---|---|
| Seminiano $4000.00 for failure to comply with California Labor Code Section 226. | Atkinson Care Home (Exhibit B); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 37. Muquet Dadabhoy owes Edgardo Seminiano $4000.00 for failure to comply with California Labor Code Section 226. | Request for admission 20 propounded to Defendant Muquet Dadabhoy (Exhibit C); Declaration of Dennis W. Rihn, paragraphs 2-3. |
| 38. Teresita Castaneda owes Edgardo Seminiano $4000.00 for failure to comply with California Labor Code Section 226. | Request for admission 20 propounded to Defendant Teresita Castaneda (Exhibit D); Declaration of Dennis W. Rihn, paragraphs 2-3. |

II. **CONCLUSIONS OF LAW**

Plaintiff Edgardo Seminiano is entitled to judgment against Defendant Xyris Enterprise, Inc. on the first cause of action in the amount of $107,298.36.

Plaintiff Edgardo Seminiano is entitled to judgment against Defendant Xyris Enterprise, Inc. on the second cause of action in the amount of $133,071.98.

Plaintiff Edgardo Seminiano is entitled to judgment against Defendant Atkinson Care Home on the first cause of action in the amount of $107,298.36.

Plaintiff Edgardo Seminiano is entitled to judgment against Defendant Atkinson Care Home on the second cause of action in the amount of $133,071.98.

Plaintiff Edgardo Seminiano is entitled to judgment against Defendant Muquet Dadabhoy on the first cause of action in the amount of $107,298.36.

Plaintiff Edgardo Seminiano is entitled to judgment against Defendant Muquet Dadabhoy on the second cause of action in the amount of $133,071.98.

Plaintiff Edgardo Seminiano is entitled to judgment against Defendant Teresita Castaneda on the first cause of action in the amount of $107,298.36.

Plaintiff Edgardo Seminiano is entitled to judgment against Defendant Teresita Castaneda on the second cause of action in the amount of $133,071.98.

To avoid duplication of recoveries, Plaintiff Edgardo Seminiano is entitled to judgment in this action against Defendants Muquet Dadabhoy, Teresita Castaneda, Atkinson Care Home and Xyris Enterprise, Inc., jointly and severally, in the total amount of $133,071.98.

Dated: _____          _____

THE HONORABLE JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT COURT JUDGE