1  ROBERT R. RONNE, ESQ. (SBN 092884)
   LAW OFFICE OF ROBERT R. RONNE, APC
2  840 Apollo Street, Suite 307
   El Segundo, California 90245
3  Telephone: (310) 322-1696
   Facsimile: (310) 322-3039
4  E-mail: rrr55@sbcglobal.net

5  Attorney for Plaintiff Edgardo Seminiano

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

11 EDGARDO SEMINIANO,            )   CASE NO: CV 10-01673-JST (JEMx)
                                 )
12           Plaintiff,          )   [PROPOSED] SUMMARY
                                 )   JUDGMENT
13      vs.                      )
                                 )   DATE: JANUARY 3, 2011
14 XYRIS ENTERPRISE, INC.;       )   TIME: 10:00 A.M.
   ATKINSON CARE HOME;           )   COURTROOM: 10A
15 MUQUET DADABHOY; AND          )
   TERESITA CASTANEDA,           )   JUDGE: HONORABLE JOSEPHINE
16                               )   STATON TUCKER
             Defendants.         )
17 _____ )

-1-
Proposed Summary Judgment CV 10-01673-JST (JEMx)

1     The motion for summary judgment of Plaintiff Edgardo Seminiano having been
2 granted, and good cause appearing:
3     IT IS HEREBY ADJUDGED, ORDERED AND DECREED:
4     Judgment is in favor of Plaintiff Edgardo Seminiano and against Defendants
5 Muquet Dadabhoy, Teresita Castaneda, Atkinson Care Home and Xyris Enterprise,
6 Inc., jointly and severally, in the total amount of $133,071.98.
7     In addition to the foregoing amount, Plaintiff's counsel shall shall recover costs
8 of suit and reasonable attorney's fees as determined by the Court upon noticed motion.
9
10 Dated: _____      _____
11     THE HONORABLE JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT COURT JUDGE
12
13
...
28