Amy Ghosh, SBN # 201701
Law Offices of Amy Ghosh
3255 Wilshire Blvd., Suite #1530
Los Angeles, CA 90010
Phone: 213-365-2370
Fax: 213-389-6931
Email: amygesq@gmail.com

Attorney for Defendants:
XYRIS ENTERPRISE, INC;
ATKINSON CARE HOME;
MUQUET DADABHOY;
TERESITA CASTANEDA

UNITED STATES DISTRCIT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO SEMINIANO<br><br>Plaintiff,<br><br>vs.<br><br>XYRIS ENTERPRISE, INC;<br>ATKINSON CARE HOME;<br>MUQUET DADABHOY;<br>TERESITA CASTANEDA,<br><br>Defendants | CASE NO.: CV10 1673 PSG (JEMx)<br><br>**DEFENDANTS' SEPARATE STATEMENT OF DISPUTED AND UNDISPUTED FACTS IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Date: Jan 03, 2011**<br>**Time: 11:00 a.m.**<br>**Department: 10A**<br>**Judge: Honorable J. Tucker** |

DEFENDANTS hereby respectfully submit this statement of disputed and undisputed facts in opposition to Plaintiff's motion for summary judgment.

| PURPORTEDLY UNDISPUTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 1.    Xyris Enterprise, Inc. was a joint employer of Edgardo Seminiano between July 29, 2008, and December 2, 2009. | UNDISPUTED |

| PURPORTEDLY UNDISPUTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 2. Atkinson Care Home was a joint employer of Edgardo Seminiano between July 29, 2008, and December 2, 2009. | UNDISPUTED |
| 3. Muquet Dadabhoy was a joint employer of Edgardo Seminiano between July 29, 2008, and December 2, 2009. | UNDISPUTED |
| 4. Teresita Castaneda was a joint employer of Edgardo Seminiano between July 29, 2008, and December 2, 2009. | UNDISPUTED |
| 5. Between July 29, 2008, and December 2, 2009, Plaintiff worked as a caregiver at Atkinson Care Home. | UNDISPUTED |
| 6. Between July 29, 2008, and December 2, 2009, Atkinson Care Home was a licensed residential care facility for the elderly located at 17035 Atkinson Avenue, Torrance, CA 90504. | UNDISPUTED |
| 7. Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy and Teresita Castaneda were the licensees of the Atkinson Care Home. | UNDISPUTED |
| 8. Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy and Teresita Castaneda jointly operated the Atkinson Care Home as partners. | UNDISPUTED |

| PURPORTEDLY UNDISPUTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 9. Between July 29, 2008, and December 2, 2009, Defendants Muquet Dadabhoy and Teresita Castaneda were required to operated the Atkinson Care Home 24 hours per day, 7 days per week. | UNDISPUTED |
| 10. Between July 29, 2008, and December 2, 2009, Plaintiff Edgardo Seminiano was required by Defendants Muquet Dadabhoy and Teresita Castaneda to request permission to leave Atkinson Care Home. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS C & D) |
| 11. Plaintiff Edgardo Seminiano was never unconditionally allowed to leave Atkinson Care Home more than 57 hours in any week between July 29, 2008, and December 2, 2009. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS C & D) |
| 12. Plaintiff's hours worked each week between July 29, 2008, and December 2, 2009, were 111 or more. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS C & D) |
| 13. Edgardo Seminiano did not have private living quarters while working at Atkinson Care Home. | DISPUTED (DECLARATION OF MUQUET DADABHOY) |
| 14. Between July 29, 2008, and December 2, 2009, Edgardo Seminiano slept on a couch at Atkinson Care Home. | DISPUTED (DECLARATION OF MUQUET DADABHOY) |

| PURPORTEDLY UNDISPUTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 15. Xyris Enterprise, Inc. owes Edgardo Seminiano $53,649.18 in unpaid minimum wage and overtime compensation under the Fair Labor Standards Act. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 16. Atkinson Care Home owes Edgardo Seminiano $53,649.18 in unpaid minimum wage and overtime compensation under the Fair Labor Standards Act. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 17. Defendant Muquet Dadabhoy owes Edgardo Seminiano $53,649.18 in unpaid minimum wage and overtime compensation under the Fair Labor Standards Act. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 18. Defendant Teresita Castaneda owes Edgardo Seminiano $53,649.18 in unpaid minimum wage and overtime compensation under the Fair Labor Standards Act. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 19. Xyris Enterprise, Inc. owes Edgardo Seminiano $53,649.18 liquidated damages under the Fair Labor Standards Act. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 20. Atkinson Care Home owes Edgardo Seminiano $53,649.18 liquidated damages under the Fair Labor Standards Act. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |

| PURPORTEDLY UNDISPUTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 21. Muquet Dadabhoy owes Edgardo Seminiano $53,649.18 liquidated damages under the Fair Labor Standards Act. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 22. Teresita Castaneda owes Edgardo Seminiano $53,649.18 liquidated damages under the Fair Labor Standards Act. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 23. Xyris Enterprises, Inc. owes Edgardo Seminiano $121,855.42 in unpaid overtime Compensation under California law. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 24. Atkinson Care Home owes Edgardo Seminiano $121,855.42 in unpaid overtime Compensation under California law. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 25. Muquet Dadabhoy owes Edgardo Seminiano $121,855.42 in unpaid overtime Compensation under California law. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 26. Teresita Castaneda owes Edgardo Seminiano $121,855.42 in unpaid overtime Compensation under California law. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 27. Xyris Enterprises, Inc. owes Edgardo Seminiano $4,749.36 in compensation for meal period not received pursuant to California Labor Code Section 226.7. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |

| PURPORTEDLY UNDISPUTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 28. Atkinson Care Home owes Edgardo Seminiano $4,749.36 in compensation for meal period not received pursuant to California Labor Code Section 226.7. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 29. Muquet Dadabhoy owes Edgardo Seminiano $4,749.36 in compensation for meal period not received pursuant to California Labor Code Section 226.7. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 30. Teresita Castaneda owes Edgardo Seminiano $4,749.36 in compensation for meal period not received pursuant to California Labor Code Section 226.7. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 31. Xyris Enterprise, Inc. owes Edgardo Seminiano $2,467.20 for continuing wages pursuant to California Labor Code Section 203. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 32. Atkinson Care Home owes Edgardo Seminiano $2,467.20 for continuing wages pursuant to California Labor Code Section 203. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 33. Muquet Dadabhoy owes Edgardo Seminiano $2,467.20 for continuing wages pursuant to California Labor Code Section 203. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 34. Teresita Castaneda owes Edgardo Seminiano $2,467.20 for continuing wages pursuant to California Labor Code Section 203. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |

| PURPORTEDLY UNDISPUTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 35. Xyris Enterprise, Inc. owes Edgardo Seminiano $4000.00 for failure to comply with California Labor Code Section 226. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 36. Atkinson care Home owes Edgardo Seminiano $4000.00 for failure to comply with California Labor Code Section 226. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 37. Muquet Dadabhoy owes Edgardo Seminiano $4000.00 for failure to comply with California Labor Code Section 226. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 38. Teresita Castaneda owes Edgardo Seminiano $4000.00 for failure to comply with California Labor Code Section 226. | DISPUTED (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |

Plaintiff's list of undisputed facts contains numerous disputed, and thus triable, facts.

## DEFENDANTS' SEPARATE STATEMENT OF DISPUTED AND UNDISPUTED FACTS

| | |
|---|---|
| 1. Between July 29, 2008, and December 2, 2009, Edgardo Seminiano worked as a caregiver at Atkinson Care Home. | (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |

Defendants' Statement of Disputed and Undisputed Facts
7

| | | |
|---|---|---|
| 2. | Between July 29, 2008, and December 2, 2009, Edgardo Seminiano also lived at the Atkinson Care Home, where he worked. | (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 3. | Although Atkinson Care Home was legally obligated to operate for 24 hours per day, 7 days per week, Edgardo Seminiano was only employed to work 40-hours per week, and only required to stay on the premises for those hours. | (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 4. | Plaintiff only remained on the premises of Atkinson Care Home beyond work hours for non-work-related reasons because that is where he was housed and had access to food. | (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 5. | Edgardo Seminiano was away from Atkinson Care Home regularly and frequently for non-work related, personal reasons. | (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 6. | At the beginning of the work relationship, Atkinson Care Home agreed to provide for Edgardo Seminiano's housing and living expenses to save traveling time and cost, along with $1800 per month as salary paid in check or cash. | (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |
| 7. | Edgardo Seminiano received living accommodations, was paid $1800 each month by check and cash, and received additional amounts of cash. | (DECLARATION OF MUQUET DADABHOY; EXHIBITS B-D) |

| | |
|---|---|
| 8. Edgardo Seminiano contacted Muquet Dadabhoy to negotiate an out-of-court settlement of the matter and has settled the matter with Defendants for $12,000. | (DECLARATION OF MUQUET DADABHOY) |

DATED: December 7, 2010

                                         AMY GHOSH_____

                                         Amy Ghosh, Attorney for Defendants