JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDGARDO SEMINIANO, | ) | CASE NO: CV 10-01673-JST (JEMx) |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| XYRIS ENTERPRISE, INC.; | ) | |
| ATKINSON CARE HOME; | ) | |
| MUQUET DADABHOY; AND | ) | |
| TERESITA CASTANEDA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

1   The motion for summary judgment of Plaintiff Edgardo Seminiano having been

2   granted, and good cause appearing:

3   IT IS HEREBY ADJUDGED, ORDERED AND DECREED:

4   Judgment is in favor of Plaintiff Edgardo Seminiano and against Defendants

5   Muquet Dadabhoy, Teresita Castaneda, Atkinson Care Home and Xyris Enterprise,

6   Inc., jointly and severally, in the total amount of $133,071.98.

7   In addition to the foregoing amount, Plaintiff's counsel shall shall recover costs

8   of suit and reasonable attorney's fees as determined by the Court upon noticed motion.

9

10   Dated: January 18, 2011

**JOSEPHINE STATON TUCKER**
THE HONORABLE JOSEPHINE STATON
TUCKER, UNITED STATES DISTRICT
COURT JUDGE