# UNITED STATES DISTRICT COURT
## Central District of California

EDGARDO SEMINIANO

V.

XYRIS ENTERPRISE, INC. ET AL.

**BILL OF COSTS** (LOCAL RULE 54-4)

Case Number: CV 10-01673-JST (JEMx)

Judgment having been entered in the above entitled action on    January 18, 2011    against    Defendants ,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Filing fees: see L.R. 54-4.1 | $ 350.00 |
| Fees for service of process: see L.R. 54-4.2 | 295.00 |
| United States Marshal's fees: see L.R. 54-4.3 | |
| Clerk's fees: see L.R. 54-4.4 | |
| Report's transcripts: see L.R. 54-4.5 | |
| Depositions: see L.R. 54-4.6 | |
| Witness fees (itemize on page 2): see L.R. 54-4.7 | |
| Interpreter's and translator's fees: see L.R. 54-4.8 | |
| Docket fees: see L.R. 54-4.9 | |
| Masters, commissioners and receivers: see L.R. 54-4.10 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-4.11 | |
| Premiums on bonds and undertakings: see L.R. 54-4.12 | |
| Other Costs: see L.R. 54-4.13 | |
| State Court costs: see L.R, 54-4.14 | |
| Costs on appeal: see L.R. 54-5 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-6 | |

Other (please itemize)

TOTAL    $    645.00

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:** Attach to the bill of costs an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.
☐ Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney: _D. W. R_____

Name of Attorney: DENNIS W. RIHN

Costs are taxed in the amount of _____

_____    By: _____    _____
Clerk of Court                     Deputy Clerk               Date

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | TOTAL | 1,298.18 |

INSTRUCTIONS AND NOTICES REGARDING BILL OF COSTS

**SPECIAL NOTE:** An itemization <u>and</u> documentation to support the claims made in all categories shall be attached to the Application for Bill of Costs. Documentation shall include receipts, orders and stipulations of the parties. The claiming party shall ensure that receipts are self-explanatory (i.e. receipts for service to include the name of the individual). The Clerk's designee may disallow any expenses that do not have supporting documentation. It is the claiming party's responsibility to ensure that the total cost requested in all categories on Form CV-59 reflects the same total of the documentation submitted in support thereof. The Clerk's designee shall allow such items specified in the application which are properly recoverable as costs.

**PROCEDURE FOR FILING BILL OF COSTS: Local Rule 54-3.** Within (15) days after the entry of judgment, the party entitled to costs shall electronically file a Notice of Application to the Clerk to Tax Costs and shall attach a proposed Bill of Costs on Form CV-59. The Bill of Costs and the Notice of Application to the Clerk to Tax Costs shall be prepared as two separate documents. All costs shall be specified so that the nature of the claim can be readily understood. The Bill of Costs will be electronically filed by the Clerk once determination of allowable costs are made.

**APPEARANCE REQUIREMENTS: Local Rule 54-3.2.** The date and time for taxation of costs by the Clerk shall be not less than fourteen (14) nor more than twenty-one (21) days from the date notice is given to the other parties. If no objections to the Bill of Costs are filed in compliance with L.R. 54-7, then no appearance by counsel is required. In the absence of a timely objection, any item listed may be taxed as requested in the Bill of Costs. When an objection is filed, the Clerk may determine that no hearing is required and the parties will be so notified. If a hearing is to be held, the Clerk may specify the form of the hearing and determine if telephonic appearances are appropriate. For further details, please consult the Bill of Costs Handbook available on the court's website.

**Section 1924, Title 28, U.S. Code (effective September 1, 1948):** Verification of bill of costs. Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

**Section 1920 of Title 28, which reads in part as follows:** A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree.

**The Federal Rules of Civil Procedure contain the following provisions:**

**Rule 54(d)(1)**
Costs Other than Attorney's Fees. Unless a federal statute, these rules, or a court order provides otherwise, costs - other than attorney's fees - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**Rule 6(d)**
Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E) or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**Rule 58(e)**
Cost or Fee Awards. Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

```
LAW OFFICES OF ROBERT R RONNE, APC                          2690
(310)322-1696                                           16-86/1220
840 APOLLO ST                          March 8, 2010         1081
SUITE 307                              _____
EL SEGUNDO, CA 90245                             Date

Pay to the    USDC, Clerk of Court            | $ 350.00
Order of _____
  Three - Hundred - Fifty and no/100          Dollars

Bank of America
Manhattan Village
3016 Sepulveda Blvd
Manhattan Beach CA                    Robert R. Ronne
310.884.1870
For  Seminiano
```

E. SEMINIANO

```
CLERK'S OFFICE U.S.D.C.
    LOS ANGELES
3/8/2010 2:46:34 PM  Receipt #: 133244
       Cashier ID: KAHOE LEN
Paid by: LAW OFFICES OF ROBERT R RONNE, ..

2:CV10-01673
2010-086520        1 - Civil Filing Fee(1)
Amount :                               $60.00

2:CV10-01673
2010-510002        1 - Special Fund F/F(1)
Amount :                              $190.00

2:CV10-01673
2010-086480        Filing Fee - Special(1)
Amount :                              $100.00
                                   ---------
Check Payment : 2690 /               350.00
                                   ---------
Total Payment :                      350.00

(= NO REFUNDS WITHOUT WHITE RECEIPT =)
```

Bill of Costs
Attachment, Page 1

# KERN LEGAL SERVICES

www.kernlegal.com

1614 W. Temple Street, Los Angeles CA 90026
(213) 483-4900 • Fax: (213) 483-7777

*Professional Legal Services and Photocopying at an affordable price!*

ROBERT R RONNE
Law Offices Of: ROBERT RONNE, APC
840 APOLLO STREET, SUITE 307
EL SEGUNDO CA 90245

| Thursday March 18, 2010 | **INVOICE** | 3098.104720 |

Work Order #: 309844443
Attorney File #: **091239**
Case #: CV1001673PSG(JEMx)
Court: UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA
Title: SEMINIANO vs. XYRIS ENTERPRISE, ET. AL.
Documents: SUMMONS AND COMPLAINT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; NOTICE TO PARTIES OF ADR PILOT PROGRAM; (BLANK) ADR PILOT PROGRAM QUESTIONNAIRE; STANDING ORDER REGARDING NEWLY ASSIGNED CASES.

| Date | Description | Amount |
|---|---|---|
| 03/14/10 05:20PM | Substituted Service XYRIS ENTERPRISE, INC., AT Home MUQUET DADABHOY, AGENT FOR SERVICE 18309 FAIRVIEW LANE TORRANCE CA 90504, by serving: MUQUET DABABHOY, AUTHORIZED AGENT FOR SERVICE OF PROCESS BY SERVING ARMANDO VIDOE, CO-OCCUPANT AUTHORIZED TO ACCEPT SERVICE OF PROCESS. , by leaving a copy of the Documents with: ARMANDO VIDOE, CO-OCCUPANT AUTHORIZED TO ACCEPT SERVICE OF PROCESS, Asian, Male, 50 Years Old, Black Hair, Brown Eyes, 5 Feet 9 Inches, 190 Pounds, Served By: MIGUEL A. LOPEZ<br><br>Mailed Copy Of Documents To: XYRIS ENTERPRISE, INC. | |
| 03/14/10 | SERVICE OF PROCESS | 55.00 |
| 03/14/10 | SUBSTITUTED SERVICE MAILING FEE | 15.00 |
| **INVOICE TOTAL** | | **70.00** |

1614 WEST TEMPLE STREET, LOS ANGELES, CA 90026
Telephone: (213) 483-4900, FAX: (213) 483-7777, T̶

Bill of Costs
Attachment, Page 2

# KERN LEGAL SERVICES

www.kernlegal.com

1614 W. Temple Street, Los Angeles CA 90026
(213) 483-4900 • Fax: (213) 483-7777

*Professional Legal Services and Photocopying at an affordable price!*

ROBERT R RONNE
Law Offices Of: ROBERT RONNE, APC
840 APOLLO STREET, SUITE 307
EL SEGUNDO CA 90245

**Thursday March 18, 2010**     **INVOICE**     **3098.104721**

Work Order #: 309844443
Attorney File #: 091239
Case #: CV1001673PSG(JEMx)
Court: UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA
Title: SEMINIANO vs. XYRIS ENTERPRISE, ET. AL.
Documents: SUMMONS AND COMPLAINT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; NOTICE TO PARTIES OF ADR PILOT PROGRAM; (BLANK) ADR PILOT PROGRAM QUESTIONNAIRE; STANDING ORDER REGARDING NEWLY ASSIGNED CASES.

| Date | Description | Amount |
|---|---|---|
| 03/14/10 05:20PM | Substituted Service ATKINSON CARE HOME, AT Home 18309 FAIRVIEW LANE TORRANCE CA 90504, by leaving a copy of the Documents with: ARMANDO VIDOE, CO-OCCUPANT, Asian, Male, 50 Years Old, Black Hair, Brown Eyes, 5 Feet 9 Inches, 190 Pounds, Served By: MIGUEL A. LOPEZ  Mailed Copy Of Documents To: ATKINSON CARE HOME | |
| 03/14/10 | SERVICE OF PROCESS - 2ND DEFENDANT | 55.00 |
| 03/14/10 | SUBSTITUTED SERVICE MAILING FEE | 15.00 |
| 03/14/10 | ATTEMPTS MADE @ 17035 ATKINSON AVENUE TORRANCE CA 90504 | 55.00 |
| **INVOICE TOTAL** | | **125.00** |

1614 WEST TEMPLE STREET, LOS ANGELES, CA 90026
Telephone: (213) 483-4900, FAX: (213) 483-7777,

Bill of Costs
Attachment, Page 3

# KERN LEGAL SERVICES

www.kernlegal.com

1614 W. Temple Street, Los Angeles CA 90026
(213) 483-4900 • Fax: (213) 483-7777

*Professional Legal Services and Photocopying at an affordable price!*

ROBERT R RONNE
Law Offices Of: ROBERT RONNE, APC
840 APOLLO STREET, SUITE 307
EL SEGUNDO CA  90245

| Thursday March 18, 2010 | **INVOICE** | 3098.104722 |
|---|---|---|

Work Order #: 309844443
Attorney File #: **091239**
Case #: CV1001673PSG(JEMx)
Court: UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA
Title: SEMINIANO vs. XYRIS ENTERPRISE, ET. AL.
Documents: SUMMONS AND COMPLAINT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; NOTICE TO PARTIES OF ADR PILOT PROGRAM; (BLANK) ADR PILOT PROGRAM QUESTIONNAIRE; STANDING ORDER REGARDING NEWLY ASSIGNED CASES.

| Date | Description | Amount |
|---|---|---|
| 03/14/10 05:20PM | Substituted Service MUQUET DADABHOY, AT Home 18309 FAIRVIEW LANE  TORRANCE CA  90504, by leaving a copy of the Documents with: ARMANDO VIDOE, CO-OCCUPANT, Asian, Male, 50 Years Old, Black Hair, Brown Eyes, 5 Feet 9 Inches, 190 Pounds, Served By: MIGUEL A. LOPEZ  Mailed Copy Of Documents To: MUQUET DADABHOY | |
| 03/14/10 | SERVICE OF PROCESS ADDITIONAL DEFENDANT | 35.00 |
| 03/14/10 | SUBSTITUTED SERVICE MAILING FEE | 15.00 |
| **INVOICE TOTAL** | | **50.00** |

1614 WEST TEMPLE STREET, LOS ANGELES, CA 90026
Telephone: (213) 483-4900, FAX: (213) 483-7777

Bill of Costs
Attachment, Page 4

# KERN LEGAL SERVICES

www.kernlegal.com

1614 W. Temple Street, Los Angeles CA 90026
(213) 483-4900 • Fax: (213) 483-7777

*Professional Legal Services and Photocopying at an affordable price!*

ROBERT R RONNE
Law Offices Of: ROBERT RONNE, APC
840 APOLLO STREET, SUITE 307
EL SEGUNDO CA 90245

| Thursday March 18, 2010 | INVOICE | 3098.104723 |
|---|---|---|

Work Order #: 309844443
Attorney File #: **091239**
Case #: CV1001673PSG(JEMx)
Court: UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA
Title: SEMINIANO vs. XYRIS ENTERPRISE, ET. AL.
Documents: SUMMONS AND COMPLAINT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; NOTICE TO PARTIES OF ADR PILOT PROGRAM; (BLANK) ADR PILOT PROGRAM QUESTIONNAIRE; STANDING ORDER REGARDING NEWLY ASSIGNED CASES.

| Date | Description | Amount |
|---|---|---|
| 03/14/10 05:20PM | Substituted Service TERESITA CASTANEDA, AT Home 18309 FAIRVIEW LANE TORRANCE CA 90504, by leaving a copy of the Documents with: ARMANDO VIDOE, CO-OCCUPANT, Asian, Male, 50 Years Old, Black Hair, Brown Eyes, 5 Feet 9 Inches, 190 Pounds, Served By: MIGUEL A. LOPEZ  Mailed Copy Of Documents To: TERESITA CASTANEDA | |
| 03/14/10 | SERVICE OF PROCESS ADDITIONAL DEFENDANT | 35.00 |
| 03/14/10 | SUBSTITUTED SERVICE MAILING FEE | 15.00 |
| **INVOICE TOTAL** | | **50.00** |

1614 WEST TEMPLE STREET, LOS ANGELES, CA 90026
Telephone: (213) 483-4900, FAX: (213) 483-7777,

Bill of Costs
Attachment, Page 5