ROBERT R. RONNE, ESQ. (SBN 092884)
LAW OFFICE OF ROBERT R. RONNE, APC
840 Apollo Street, Suite 307
El Segundo, California 90245
Telephone: (310) 322-1696
Facsimile: (310) 322-3039
E-mail: rrr55@sbcglobal.net

DENNIS W. RIHN, ESQ. (SBN 126233)
ATTORNEY AT LAW
215 North Marengo Avenue, Suite 376
Pasadena, CA 91101
Telephone: (818) 265-0525
Facsimile: (626) 396-1555
E-mail: D.Rihn@Att.Net

Attorney for Plaintiff Edgardo Seminiano

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO SEMINIANO,<br><br>        Plaintiff,<br><br>vs.<br><br>XYRIS ENTERPRISE, INC.; ATKINSON CARE HOME; MUQUET DADABHOY; AND TERESITA CASTANEDA,<br><br>        Defendants.<br>_____ | FILE NO: CV 10-01673-JST (JEMx)<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ORDER AWARDING ATTORNEY'S FEES<br><br>DATE: MARCH 21, 2011<br>TIME: 10:00 A.M.<br>COURTROOM: 10A<br><br>JUDGE: HONORABLE JOSEPHINE STATON TUCKER |

The motion for an award of attorney's fees having been granted, and good cause appearing:

IT IS HEREBY ADJUDGED, ORDERED AND DECREED:

Defendants Muquet Dadabhoy, Teresita Castaneda, Atkinson Care Home and Xyris Enterprise, Inc., jointly and severally, shall pay Plaintiff's attorneys of record, the Law Office of Robert R. Ronne, a Professional Corporation, and Dennis W. Rihn, attorney's fees in the amount of $_____.

Dated: _____          _____

THE HONORABLE JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT COURT JUDGE